IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Lewis T. Babcock

Criminal Action No.   10-cr-00104-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEVYN GRIGGS,

    Defendant.

---

## ORDER EXONERATING BOND

---

    As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

    **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

    **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

    DATED at Denver, Colorado, this   29th   day of January, 2013.

                                       BY THE COURT:


                                       By:   s/Lewis T. Babcock
                                            UNITED STATES DISTRICT JUDGE
                                            DISTRICT OF COLORADO